PER CURIAM.
No harmful error or abuse of discretion has been demonstrated in either the order, on appeal in case no. 3D00-841, which prohibits appellant from contact with one and limits it with another juvenile relative, see § 39.701(7),(8), Fla. Stat. (2000); 3 Fla.Jur.2d Appellate Review § 299 (1997), or the order, on appeal in case no. 3D01-1370, which terminates his status as a participant in the cases of three others. See McGillis v. Department of Children & Family Servs., 719 So.2d 967 (Fla. 3d DCA 1998); § 39.01(50), Fla. Stat. (2000). See generally, Gott v. Department of Children, Youth & Families, 723 So.2d 936 (Fla. 3d DCA 1999); L.B. v. C.A., 738 So.2d 425 (Fla. 4th DCA 1999); Florida Dept. of Health & Rehab. Servs. v. Doe, 659 So.2d *1029 697 (Fla. 1st DCA 1995), review denied, 668 So.2d 602 (Fla.1996).
Affirmed.